IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ISAIAH CAULK, | § | |
| | § | No. 577, 2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | Cr. ID No. 1008020625 |
| Appellee. | § | |

Submitted: October 27, 2014
Decided: October 28, 2014

**O R D E R**

This 28th day of October 2014, the Court has considered the notice to show cause issued to the appellant, Isaiah Caulk, for his failure to file his notice of appeal within thirty days of the VOP sentencing on August 19, 2014, from which the appeal is taken. Caulk has not responded to the notice to show cause. Caulk's failure to respond to the notice to show cause is deemed to be his consent to the dismissal of this appeal.

NOW, THEREFORE, IT IS ORDERED, pursuant to Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice